*JS 44 (Rev. 11/04)*

# CIVIL COVER SHEET

CA. No. 06-191

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PABLO A. ABRAHAMS

**DEFENDANTS**
Delaware Siding Company

**(b)** County of Residence of First Listed Plaintiff: New Castle County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: New Castle County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known): Timothy J. Wilson, Margolis Edelstein, 1509 Gilpin Ave, Wilmington DE 19806

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 05/17/06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PABLO A. ABRAHAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: 06-191 |
| | : | |
| v. | : | |
| | : | |
| DELAWARE SIDING COMPANY, INC,.: | | |
| a Delaware Corporation, | : | |
| | : | TRIAL BY JURY DEMANDED |
| Defendant | : | |
| | : | |

**ANSWER AND AFFIRMATIVE DEFENSES OF THE DEFENDANT,
<u>DELAWARE SIDING COMPANY, INC.</u>**

Defendant, Delaware Siding Company ("Delaware Siding") by counsel, for its Answer to the Complaint, alleges and states:

1. Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 1 of Plaintiff's Complaint, except to admit that the allegations of the Complaint appear to confer federal jurisdiction over this dispute.

2. This is a legal statement to which no response is required.

3. This is a legal statement to which no response is required.

4. Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 4 of Plaintiff's Complaint.

5. Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 5 of Plaintiff's Complaint.

6. Delaware Siding denies any wrongful conduct. Delaware Siding admits that Plaintiff was employed within this judicial district.

7. Admitted to the extent that Plaintiff is a 33 year old Hispanic male of

Puerto Rican ancestry. Otherwise Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 7 of Plaintiff's Complaint.

8. Admitted to the extent that Plaintiff was continuously employed by Defendant from approximately February 1, 2004 through July 5, 2005. Otherwise Delaware Siding denies the remaining averments in paragraph 8 of Plaintiff's Complaint.

9. Admitted to the extent that Delaware Siding Company, Inc. is a Delaware corporation and its registered agent for service of process is Dee Ridgeway with a registered address of 2061-E New Castle Avenue, New Castle, Delaware 19720. Otherwise Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 9 of Plaintiff's Complaint.

10. Admitted to the extent that Plaintiff was employed by Defendant since approximately February 1, 2004 as a Gutter Helper and most recently as a Repair Helper. The remaining averments of this paragraph are denied.

11. Denied.

12. Admitted.

13. Delaware Siding denies paragraph 13 of the Complaint.

14. Delaware Siding denies paragraph 14 of the Complaint.

15. Delaware Siding denies paragraph 15 of the Complaint.

16. Admitted.

17. Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 17 of Plaintiff's Complaint.

18. Delaware Siding denies paragraph 18 of the Complaint.

19. Delaware Siding denies paragraph 19 of the Complaint.

20. It is admitted that Dennis spoke to Jason Whittaker with respect to a raise for Plaintiff. Otherwise Defendant is without sufficient knowledge or information sufficient to admit or deny the remainder of this paragraph.

21. Admitted.

22. Admitted.

23. Denied.

24. Denied.

25. Denied.

26. Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 26 of Plaintiff's Complaint.

27. Admitted.

28. Denied.

29. Admitted.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Delaware Siding is without knowledge or information sufficient to admit or deny paragraph 37 or Plaintiff's Complaint.

38. Denied.

3

39. Delaware Siding lacks knowledge or information sufficient to admit or deny paragraph 39 of Plaintiff's Complaint.

40. Denied.

41. Admitted.

42. Admitted.

43. Admitted.

44. Denied.

45. Denied.

46. Denied.

47. No response required.

48. Denied.

49. Denied.

50. Denied.

51. No response required.

52. Admitted.

53. Admitted.

54. Denied.

55. Denied.

56. No response required.

57. Denied.

58. Denied

59. Denied.

60. Denied.

4

61. Denied.

62. Answer not required.

63. Denied.

64. Denied.

**WHEREFORE**, Defendant respectfully requests that the Court enter judgment in its favor and against Plaintiff and to award Defendant its costs and attorneys' fees.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted as to this Answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to hear this matter.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by his failure to exhaust administrative remedies and/or other federal or state statutes of limitation, jurisdictional and or administrative requirements.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail in whole or in part because at all times, Defendant made a good faith effort to comply with applicable law, acted lawfully and with legitimate no-discriminatory business reasons that were not a pretext for unlawful discrimination.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims and barred in whole or in part by his failure to mitigate

damages.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has waived or is estopped from asserting his claims.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint may be denied in whole or in part with the doctrine of after-acquired evidence.

### NINTH AFFIRMATIVE DEFENSE

All decision made by Defendant with respect to Plaintiff were made in good faith and for legitimate non-discriminatory business reasons.

### TENTH AFFIRMATIVE DEFENSE

Defendant based their actions on reasonable factors other that Plaintiff's race, national origin or any complaints of discrimination.

### RESERVATION OF RIGHTS

Delaware Siding reserves the right to assert any and all additional affirmative defenses that may be determined during the course of discovery.

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson
Timothy J. Wilson, Esq. (DE Bar I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680 / Fax 302-777-4682
E-mail: twilson@margolisedelstein.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PABLO A. ABRAHAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: 06-191 |
| | : | |
| v. | : | |
| : | | |
| DELAWARE SIDING COMPANY, INC,.: | | |
| a Delaware Corporation, | : | |
| | : | TRIAL BY JURY DEMANDED |
| Defendant | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Timothy J. Wilson, certify that on May 18, 2006 I sent 2 copies of the *Answer and Affirmative Defenses Of the Defendant, Delaware Siding Company, Inc.* via U.S. mail, prepaid, to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Site 302
Wilmington, DE 19801

MARGOLIS EDELSTEIN

/s/ *Timothy J. Wilson*
Timothy J. Wilson, Esq. (DE Bar I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680 / Fax 302-777-4682
E-mail: twilson@margolisedelstein.com