IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PABLO A. ABRAHAMS,                    :
                                      :
        Plaintiff,                    :    CIVIL ACTION NO. 06-191 JJF
                                      :
    v.                                :
                                      :
DELAWARE SIDING COMPANY, INC.,        :
a Delaware corporation,               :
                                      :
        Defendant.                    :

JOINT PROPOSED
RULE 16 SCHEDULING ORDER

The parties having satisfied their obligation under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The parties will exchange within **ten days** from the entry of this Order the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.    **Joinder of other Parties.**  All motions to join other parties shall be filed on or before **January 23, 2007**.

3.    **Settlement Conference.**  The parties agree that settlement or prompt resolution may be assisted through Mediation or other form of Alternative Dispute Resolution before the completion of fact discovery.  Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

4.    **Discovery.**

(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **February 23, 2007**.

(b) Maximum of **25** interrogatories by each party to any other party.

(c) Maximum of **25** requests for admission by each party to any other party.

(d) Maximum of **5** depositions by plaintiff(s) and **5** depositions by defendant(s).

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by **February 19, 2007**; from the defendant(s) by **March 19, 2007**.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

5.    **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1.  Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion.  No

reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6. **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before **January 23, 2007**.

7.  **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **April 6, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

8.  **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure for the United States District Court for

the District of Delaware (Amended Effective January 1, 1995).
Any non-dispositive motion shall contain the statement required
by D. Del. LR 7.1.1. Parties may file stipulated and unopposed
Orders with the Clerk of the Court for the Court's review and
signing. The Court will not consider applications and requests
submitted by letter or in a form other than a motion.

  (b) No facsimile transmissions will be accepted.

  (c) No telephone calls shall be made to Chambers.

  (d) Any party with a true emergency matter requesting
the assistance of the Court shall e-mail Chambers at: jjf-
civil@ded.uscourts.gov. The e-mail shall provide a short
statement describing the emergency.

  9. **Pretrial Conference**. A Pretrial Conference will be
held on _July 12_, 200_7_, at _1:30_ _p_.m., in Courtroom No. 4B
on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.
The Federal Rules of Civil Procedure and Rule 16.4 of the Local
Rules of Civil Practice for the United States District Court for
the District of Delaware (Amended Effective January 1, 1995)
shall govern the pretrial conference.

  10. **Trial**. Trial by jury will commence at _9:30_ _a_.m. on
_September_ _18_, 200_7_ in Courtroom No. 4B on the 4th Floor, United
States Courthouse, Boggs Federal Building, Wilmington, Delaware.

4

**LAW OFFICE OF JOHN M. LaROSA**

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
JLR@LaRosaLaw.com

Dated: June 5, 2006          Attorney for Plaintiff


**MARGOLIS EDELSTEIN**

/s/ Timothy J. Wilson
**TIMOTHY J. WILSON, ESQUIRE**
Delaware Bar No. 4323
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 (fax)
twilson@margolisedelstein.com

Dated: June 5, 2006          Attorney for Defendant


SO ORDERED this __19__ day of June , A.D. 2006.

ABRAHAMS/Jnt Proposed Sched Ordr