**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **PABLO A. ABRAHAMS,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION NO. 06-191 JJF |
| | : | |
| v. | : | |
| | : | |
| **DELAWARE SIDING COMPANY, INC.,** | : | |
| a Delaware corporation, | : | |
| | : | |
| **Defendant.** | : | |

## PLAINTIFF'S FIRST SET OF SELF-EXECUTING DISCLOSURES

### PRELIMINARY STATEMENT

Plaintiff provides this disclosure statement pursuant to Rule 26 of the Federal Rules of Civil Procedure, without prejudice to Plaintiff's right to introduce at trial any evidence that is subsequently discovered relating to proof of presently known facts, and to produce and introduce all evidence whenever discovered relating to the proof of subsequently discovered material facts. Disclosure of the within information is not intended to foreclose Plaintiff's right to add any claims based on further discovery.

Plaintiff here objects to use of any inadvertent disclosure of information that is protected by the attorney-client privilege, the work product doctrine, or any other applicable protection. To the extent that such information may be protected from disclosure by such rules, such inadvertent disclosure herein is not intended to constitute a waiver of any such privilege or protection.

The information set forth below is provided without waiving (1) the right to object to the use of any response for any purpose on the grounds of privilege, relevance, materiality, or any other appropriate grounds; (2) the right to object to any requests involving or relative to the subject matter of the responses herein; (3) the right to revise, correct, supplement, or clarify any of the responses provided below, at any time. Reservation of the right to supplement such responses herein is here asserted per any applicable rules.

Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) and (2), Plaintiff, by and through his undersigned counsel, hereby submits to Defendants the following required disclosures:

**(A)   Identification of Knowledgeable Persons**

The name, address, and telephone number, if known, of each person, in addition to Plaintiff, likely to have discoverable information that the Plaintiff may use to support his claims or defenses, unless solely for impeachment, and the subjects of the information.

| Witness Name, Address, and Telephone Number | Subjects of Discoverable Information |
|---|---|
| Jason Whittaker, Owner<br>Delaware Siding Company, Inc.<br>2061-E New Castle Avenue<br>New Castle, DE 19720<br>c/o Timothy J. Wilson, Esquire<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680 | Plaintiff's requests for a raise.<br><br>Defendant's policy regarding raises.<br><br>Plaintiff's demotion.<br><br>Plaintiff's discharge.<br><br>Complaint ¶¶ 1-64. |
| Renee Fraim, Office Manager<br>Delaware Siding Company, Inc.<br>2061-E New Castle Avenue<br>New Castle, DE 19720<br>c/o Timothy J. Wilson, Esquire<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680 | Plaintiff's requests for a raise.<br><br>Ethnic and racial slurs made against Plaintiff specifically.<br><br>Ethnic and racial slurs made against Hispanics in general.<br><br>Complaint ¶¶ 1-64. |
| Dave Bar, Field Manager<br>Delaware Siding Company, Inc.<br>2061-E New Castle Avenue<br>New Castle, DE 19720<br>c/o Timothy J. Wilson, Esquire<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680 | Plaintiff's discharge.<br><br>Complaint ¶¶ 1-64. |

| | |
|---|---|
| John S.<br>Delaware Siding Company, Inc.<br>2061-E New Castle Avenue<br>New Castle, DE 19720<br>c/o Timothy J. Wilson, Esquire<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680 | Hourly rate for work as a Service Technician.<br><br>Raise in hourly rate after probationary period of three months.<br><br>Payment in cash at higher hourly rate for weekly hours worked in excess of 40.<br><br>Vacation time after less than eighteen months.<br><br>Ethnic and racial slurs made against Plaintiff specifically.<br><br>Ethnic and racial slurs made against Hispanics in general.<br><br>Complaint ¶¶ 1-64. |
| Dave (John S.'s partner)<br>Delaware Siding Company, Inc.<br>2061-E New Castle Avenue<br>New Castle, DE 19720<br>c/o Timothy J. Wilson, Esquire<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680 | Raise in hourly rate after probationary period of three months.<br><br>Complaint ¶¶ 1-64. |
| Tom<br>Delaware Siding Company, Inc.<br>2061-E New Castle Avenue<br>New Castle, DE 19720<br>c/o Timothy J. Wilson, Esquire<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680 | Performance of a side job while being paid on the clock by Defendant.<br><br>Accident while driving a company truck under the influence of alcohol.<br><br>Defendant's failure to discharge him for either of these acts.<br><br>Complaint ¶¶ 1-64. |

| | |
|---|---|
| Dennis<br>Delaware Siding Company, Inc.<br>2061-E New Castle Avenue<br>New Castle, DE 19720<br>c/o Timothy J. Wilson, Esquire<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680 | Plaintiff's requests for a raise.<br><br>Plaintiff's request(s) for a raise made to him.<br><br>His request(s) for a raise for Plaintiff made to Jason Whittaker.<br><br>Complaint ¶¶ 1-64. |

**(B) Description and Location of Relevant Documents**

A general description by category and location, of all documents, data compilations, and tangible things in the possession, custody, or control of Plaintiff that he may use to support his claims or defenses, unless solely for impeachment:

Copies of the following non-privileged documents are in the office of the undersigned attorney:

| Set # | General Description of the Set | Bates # |
|---|---|---|
| 1. | Documents Regarding Earnings | P1-18 |
| 2. | Delaware Department of Labor-Division of Unemployment Insurance Documents | P19-20 |
| 3. | Delaware Department of Labor-Division of Industrial Affairs Documents | P21-23 |

**(C) Identification of Expert Witnesses**

The identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

| Witness Name and Address | Subjects of Discoverable Information |
|---|---|
| Thomas C. Borzilleri, Ph.D.<br>Economic Consultant<br>6701 Democracy Boulevard<br>Suite 300<br>Bethesda, Maryland 20817 | Plaintiff's Damages. |

**(D)   Damages**

A computation of any category of damages claimed by the disclosing parties, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

| Category | Computation |
| --- | --- |
| Nominal or Presumed Damages | $1 |
| Lost Wages, Earnings, Back Pay, Overtime Pay, Vacation Pay, and Benefits | TBD* |
| Future or Front Pay and Incremental Pay Increases | TBD* |
| Overtime Pay @ 1.5 times the regular hourly rate for weekly hours worked in excess of 40 | TBD* |
| Loss of Earning Capacity | TBD* |
| Humiliation, Embarrassment, Injury to Reputation, and Personal Injuries | TBD* |
| Statutory Liquidated Damages | TBD* |
| Punitive Damages | TBD* |
| Attorney's Fees, Costs, and Interest | TBD* |

*Expert discovery will be completed in accordance with the Scheduling Order.

**(E)   Insurance**

Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment will be provided for inspection and copying as under Rule 34:

None known.

Plaintiff reserves the right to supplement or correct these disclosures in the event information is obtained that indicates that these disclosures are incomplete or incorrect.

                **LAW OFFICE OF JOHN M. LaROSA**

                /s/ John M. LaRosa
                **JOHN M. LaROSA, ESQUIRE**
                Delaware Bar No. 4275
                Two East 7th Street, Suite 302
                Wilmington, Delaware 19801-3707
                (302) 888-1290
                JLR@ LaRosaLaw.com

                Attorney for Plaintiff Pablo A. Abrahams

Dated: July 6, 2006

## **CERTIFICATE OF SERVICE**

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on July 7, 2006, I caused two (2) copies of **PLAINTIFF'S FIRST SET OF SELF-EXECUTING DISCLOSURES** to be sent via CM/ECF and U.S. mail to the following:

>Timothy J. Wilson, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, Delaware 19806
>(302) 777-4680
>(302) 777-4682 (fax)
>twilson@margolisedelstein.com

>/s/ John M. LaRosa
>**JOHN M. LaROSA, ESQ. (#4275)**

cc:    Mr. Pablo A. Abrahams

Attorney Files/John's Files/Client Files/ABRAHAMS/Pleadings/Discovery/Disclosures