IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PABLO A. ABRAHAMS,                      :
                                        :
            Plaintiff,                  :      CIVIL ACTION NO: 06-191
                                        :
      v.                                :
                                        :
DELAWARE SIDING COMPANY, INC,.:
a Delaware Corporation,                 :
                                        :      TRIAL BY JURY DEMANDED
            Defendant                   :
                                        :

## DEFENDANT'S RULE 26(a) PRE-DISCOVERY DISCLOSURES

Defendant, Delaware Siding Company, Inc. hereby exchanges the following Pre-Discovery Disclosures, pursuant to Fed. R. Civ. P. 26(a).

A.      The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

ANSWER:

**Plaintiff: Pablo A. Abrahams**
**2905 Mendenhall Ct**
**Wilmington, DE 19802**
**Information regarding the facts and circumstances of Plaintiff's employment with Delaware Siding Company Inc.**

**Jason "Jake" Whittaker**
**3310 Wrangle Hill Rd**
**Suite 113, Bear, DE 19701**
**836-1339**
**Information regarding the facts and circumstances of Plaintiff's employment with Delaware Siding Company Inc.**

**John Shaw**
**Delaware Siding Company, Inc.**
**2061-E New Castle Avenue**
**New Castle, DE 198720**
**778-4771**
**Information regarding the facts and circumstances of Plaintiff's employment with Delaware Siding Company Inc.**

**Dennis Luzier**
**Contact information unavailable at present, but will be provided.**
**Information regarding the facts and circumstances of Plaintiff's employment with**
**Delaware Siding Company Inc.**

**Dave Barr:**
**Field Manager**
**Delaware Siding Company, Inc.**
**2061-E New Castle Avenue**
**New Castle, DE 198720**
**778-4771**
**Information regarding the facts and circumstances of Plaintiff's employment with**
**Delaware Siding Company Inc.**

B.     A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**ANSWER:**

**Defendant is in possession of various documents related to Plaintiff's employment at**
**Delaware Siding Company, Inc.  These documents are presently being compiled and**
**will be provided at a later date.**

C.     The identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**ANSWER:**

**No persons have been identified at this time.  Defendant reserves the right to**
**supplement or correct answer when/if more information becomes available that**
**indicates that answer is incomplete or incorrect.**

D.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**ANSWER:**

**Not Applicable. Defendant reserves the right to supplement or correct answer when/if more information becomes available that indicates that answer is incomplete or incorrect.**

E.      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**ANSWER:**

**Upon information and belief, no insurance agreement exists. Defendant has the right to supplement or correct answer when/if more information becomes available that indicates that answer is incomplete or incorrect.**

MARGOLIS EDELSTEIN

Timothy J. Wilson, Esq. (DE Bar I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE  19806
302-777-4680 / Fax 302-777-4682
E-mail: twilson@margolisedelstein.com

Dated: July 7, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PABLO A. ABRAHAMS,                          :
                                            :
            Plaintiff,                      :        CIVIL ACTION NO: 06-191
                                            :
        v.                                  :
                                            :
DELAWARE SIDING COMPANY, INC,.:
a Delaware Corporation,                     :
                                            :        TRIAL BY JURY DEMANDED
            Defendant                       :
                                            :

### CERTIFICATE OF SERVICE

I, Timothy J. Wilson, certify that on July 7, 2006 I sent 2 copies of the *Plaintiff's*

*Rule 26 (a) Pre-Discovery Disclosures.* via U.S. mail, prepaid, to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Site 302
Wilmington, DE 19801


MARGOLIS EDELSTEIN

Timothy J. Wilson, Esq. (DE Bar I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE  19806
302-777-4680 / Fax 302-777-4682
E-mail: twilson@margolisedelstein.com