IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PABLO A. ABRAHAMS, | : |
| Plaintiff, | : CIVIL ACTION NO. 06-191 JJF |
| v. | : |
| DELAWARE SIDING COMPANY, INC., a Delaware corporation, | : |
| Defendant. | : |

STIPULATION AND ORDER TO AMEND RULE 16 SCHEDULING ORDER

WHEREAS, the parties requested that this matter be referred to the Magistrate Judge for mediation;

WHEREAS, by Order dated June 19, 2006, the Court referred this matter to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement;

WHEREAS, BY Order dated August 22, 2006, Magistrate Thynge has scheduled mediation for March 15, 2007; and

WHEREAS, the parties have requested the Court to amend the Joint Proposed Rule 16 Scheduling Order approved by the Court on June 19, 2006 ("Scheduling Order"), so as to defer the close of fact discovery and related deadlines until after the conclusion of mediation.

**IT IS ORDERED AND DECREED** that the Scheduling Order is hereby amended as follows:

1.  **Joinder of other Parties.** All motions to join other

parties shall be filed on or before **April 23, 2007**.

2. **Discovery**.

   (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **May 23, 2007**.

   (b) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by **May 18, 2007**; from the defendant(s) by **June 19, 2007**.

3. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before **April 23, 2007**.

4. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **July 9, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

5. **Pretrial Conference**. A Pretrial Conference will be held on SEPT. 6, 2007, at 10:00 a.m., in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

6. **Trial**. Trial by jury will commence at TBD at PTC m. on _____, 200__ in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

7. All other deadlines and requirements set forth in the

3

original Scheduling Order dated June 19, 2006, shall remain in effect.

                                    **LAW OFFICE OF JOHN M. LaROSA**

                                    /s/ John M. LaRosa
                                    **JOHN M. LaROSA, ESQUIRE**
                                    Delaware Bar No. 4275
                                    Two East 7th Street, Suite 302
                                    Wilmington, Delaware 19801-3707
                                    (302) 888-1290
                                    (302) 655-9329 (fax)
                                    JLR@LaRosaLaw.com

Dated: September 6, 2006      Attorney for Plaintiff

                                    **MARGOLIS EDELSTEIN**

                                    /s/ Timothy J. Wilson
                                    **TIMOTHY J. WILSON, ESQUIRE**
                                    Delaware Bar No. 4323
                                    1509 Gilpin Avenue
                                    Wilmington, Delaware 19806
                                    (302) 777-4680
                                    (302) 777-4682 (fax)
                                    twilson@margolisedelstein.com

Dated: September ___, 2006     Attorney for Defendant

SO ORDERED this __14__ day of __September__, A.D. 2006.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

ABRAHAMS/Stip and Ordr to Amnd Sched Ordr

5