IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PABLO A. ABRAHAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 06-191 JJF |
| | : | |
| v. | : | |
| | : | |
| DELAWARE SIDING COMPANY, INC., | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

For the reasons stated below, counsel for plaintiff, John M. LaRosa Moves that he be allowed to withdraw as counsel for plaintiff in this proceeding.

1. This is an employment case in which the plaintiff Pablo Abrahams, a Hispanic male of Puerto Rican ancestry, alleges, inter alia, that he was discriminated against in the terms, the conditions, and the eventual termination of his employment because of his national origin in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

2. Discovery is scheduled to be completed by May 23, 2007. Case dispositive motions are scheduled to be filed on July 9, 2007. A pretrial conference is scheduled for September 6, 2007. A trial date has not yet been scheduled.

3. On Monday, March 26, 2007, plaintiff Pablo A. Abrahams faxed a letter addressed to John M. LaRosa, (see Exhibit A). He has discharged his attorney.

4. Withdrawal can be accomplished without material adverse effect on the interests of the client. No trial date has yet been scheduled. There is more than enough time available for plaintiff to obtain new counsel to conduct discovery and prepare the remainder of the case

without any prejudice accruing to plaintiff.

5. The attorney is required or authorized by law to withdraw from the client's case. The client has discharged the attorney.

6. Plaintiff's counsel reasonably anticipates that continued representation will result in violation of the Rules of Professional Conduct. He is no longer authorized to act as plaintiff's attorney.

7. Other good cause for withdrawal exists.

8. Plaintiff's counsel has taken steps, to the extent reasonably practicable, to protect the client's interests. He is scheduled to retrieve his documents today, March 27, 2007. There are no funds or advance fees in the possession of plaintiff's counsel nor any outstanding vendor statements to be paid.

**WHEREFORE**, John M. LaRosa, and Law Office of John M. LaRosa pray that the Court grant this motion and Order that his entry of appearance in this action be withdrawn and that plaintiff be given a reasonable opportunity to obtain new counsel in this proceeding.

                                      **LAW OFFICE OF JOHN M. LAROSA**
                                      /s/ John M. LaRosa
                                      John M. LaRosa, Esquire (I.D. # 4275)
                                      Two East Seventh Street, Suite 302
                                      Wilmington, Delaware 19801
                                      (302) 888-1290

Dated: March 27, 2007                        Attorney for Plaintiff

**EXHIBIT A**

# Fax

| | |
|---|---|
| Name: | JOHN M. LAROSA |
| Fax: | (302) 655-9329 |
| Phone: | (302) 888-1290 |
| From: | PABLO A. ABRAHAMS |
| Date: | MARCH 26, 2007 |
| Pages: | 2 |

From the desk of..
PABLO ABRAHAMS.
WILMINGTON, DE.19802

Pablo Abrahams
2905 MendenHall Court
Wilmington, Delaware 19802
(302) 293-9467
Fax: (302) 482-3013


March 26, 2007

John M. LaRosa
Two East 7TH Street, Suite 302
Wilmington, DE. 19802


Dear Mr. LaRosa


This is a letter to inform you that, I don't longer require your, services in the Civil Suit Against, Delaware Siding Company Inc. As of March 23, 2007 your service is terminated.
Please feel free to call if any questions.



Sincerely,

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PABLO A. ABRAHAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 06-191 JJF |
| | : | |
| v. | : | |
| | : | |
| DELAWARE SIDING COMPANY, INC., | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by John M. LaRosa, Esquire and any response thereto filed by plaintiff and defendant, and the Court being satisfied that plaintiff received notice of this Motion, and the Court having held a hearing on this matter, this _____ day of _____, 2007, it is hereby Ordered that -

1.   The Motion is granted.

2.   The appearance of John M. LaRosa, Esquire and Law Office of John M. LaRosa in this action is withdrawn.

3.   Plaintiff is given forty-five (45) days to secure new counsel in this case.

_____
FARNAN, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PABLO A. ABRAHAMS, | : |
| Plaintiff, | : CIVIL ACTION NO. 06-191 JJF |
| v. | : |
| DELAWARE SIDING COMPANY, INC., a Delaware corporation, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on March 27, 2007, I caused two (2) copies of **MOTION TO WITHDRAW AS COUNSEL** to be sent to the following:

<u>Via Hand Delivery</u>
Mr. Pablo A. Abrahams
2905 Mendenhall Court
Wilmington, DE 19802

<u>Via First Class Mail, Postage Prepaid and CM/ECF</u>
Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806

/s/ John M. LaRosa
**John M. LaRosa, Esquire (I.D. # 4275)**

Attorney Files/John's Files/Client Files/ABRAHAMS/Motions and Briefing/Motion to Withdraw as Counsel