### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PABLO A. ABRAHAMS,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 06-191 JJF |
| | : | |
| v. | : | |
| | : | |
| **DELAWARE SIDING COMPANY, INC.,** | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

### AMENDED CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify

1) that on March 27, 2007, I caused two (2) copies of **MOTION TO WITHDRAW AS COUNSEL** to be sent to the following:

> **Via First Class Mail, Postage Prepaid and CM/ECF**
> Timothy J. Wilson, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, Delaware 19806,

and 2) that on April 3, 2007, I caused two (2) copies of **MOTION TO WITHDRAW AS COUNSEL** to be sent to the following:

> **Via Certified Mail Return Receipt Requested**
> Mr. Pablo A. Abrahams
> 2905 Mendenhall Court
> Wilmington, DE 19802.

> /s/ John M. LaRosa
> **John M. LaRosa, Esquire (I.D. # 4275)**