IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PABLO A. ABRAHAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: 06-191 |
| | : | |
| v. | : | |
| | : | |
| DELAWARE SIDING COMPANY, INC,.: | | |
| a Delaware Corporation, | : | |
| | : | TRIAL BY JURY DEMANDED |
| Defendant | : | |
| | : | |

### NOTICE OF DEPOSITION

TO:    Pablo A. Abrahams
       2905 Mendenhall Court
       Wilmington, DE 19802

**PLEASE TAKE NOTICE** that Defendant Delaware Siding Company Inc., by its attorney,

Timothy J. Wilson, will take the deposition of **Pablo A. Abrahams** pursuant to Rule 30(b)(1) of the

Federal Rules of Civil Procedure on **Tuesday, May 22, 2007** beginning at **1:00 p.m.** at the offices of

**Martin & Wilson, P.A., 1509 Gilpin Avenue, Wilmington, DE 19806.** The deposition shall be

conducted before a person duly authorized by law to administer oaths, and shall continue on the

scheduled day until completed.

MARTIN & WILSON

Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4681
Attorney for Delaware Siding Company Inc.

Dated: May 15, 2007

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

PABLO A. ABRAHAMS,         :

                 :

     **Plaintiff,**        :     **CIVIL ACTION NO: 06-191**

                 :

     **v.**              :

                 :

**DELAWARE SIDING COMPANY, INC,.:**
**a Delaware Corporation,**    :

                 :     **TRIAL BY JURY DEMANDED**

     **Defendant**      :

                 :

### CERTIFICATE OF SERVICE

I, Timothy J. Wilson, certify that on May 15, 2007 I sent 2 copies of the *Notice of Deposition* of Plaintiff Pablo A. Abrahams via U.S. mail, prepaid, to the following:

     Pablo A. Abrahams
     2905 Mendenhall Court
     Wilmington, DE 19802

               MARTIN & WILSON, P.A.


               */s/ Timothy J. Wilson*
               Timothy J. Wilson, Esq. (DE Bar I.D. #4323)
               1509 Gilpin Avenue
               Wilmington, DE  19806
               302-777-4681 / Fax 302-777-5803
               E-mail: twilson@martinandwilson.com