IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PABLO A. ABRAHAMS,          :
                            :
        Plaintiff,          :
                            :
    v.                      : Civil Action No. 06-191-JJF
                            :
DELAWARE SIDING COMPANY,    :
INC., a Delaware Corporation, :
                            :
        Defendant.          :

ORDER

WHEREAS, on March 27, 2007, John M. LaRosa filed a Motion To Withdraw As Counsel (D.I. 14) for Plaintiff requesting permission to withdraw because he was discharged by Plaintiff and his withdrawal would not have a material adverse effect on his client's interests;

WHEREAS, Defendant did not file a response to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion to Withdraw As Counsel (D.I. 14) is **GRANTED**.

June 1, 2007

_____
UNITED STATES DISTRICT JUDGE