IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PABLO A. ABRAHAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: 06-191-JJF |
| | : | |
| v. | : | |
| | : | |
| DELAWARE SIDING COMPANY, INC,.: | | |
| a Delaware Corporation, | : | |
| | : | TRIAL BY JURY DEMANDED |
| Defendant | : | |
| | : | |

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS on March 22, 2006, Plaintiff Pablo A. Abrahams filed a civil complaint, Civil Action No. 06-191, against defendant Delaware Siding Company, Inc. alleging racial and national origin discrimination based upon unequal pay, hostile environment, terms and conditions of employment and discharge in violation of Title VII, § 1981, and 19 Del. C. § 711 as well as violation of the Fair Labor Standards Act 29 U.S.C. § 207,;

WHEREAS Plaintiff and Defendant have amicably resolved all differences;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties through their counsel of record that:

1.   Upon entry of this Stipulation and Order, Defendant shall be dismissed with prejudice, without costs, as defendants in this action.

2.   By signing this Stipulation, the parties represent that they have discusses the matters set forth herein with their attorneys (if applicable) and that counsel (if applicable) are authorized to execute this Stipulation.



_____  
Timothy J. Wilson, Esquire  
Martin & Wilson, P.A.  
1509 Gilpin Avenue  
Wilmington, DE 19806  
(302) 777-4681  
*Attorney for Defendant*

_____  
Pablo A. Abrahams (*Pro Se*)  
2905 Mendenhall Court  
Wilmington, DE 19802  
*Plaintiff*

Dated:

Dated: June 5, 2007

SO ORDERED:

_____  
Joseph J. Farnan, Jr., Judge

-2-